**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01181-CMA-MEH

KENT M. PRIEL,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Stipulation for Dismissal With Prejudice (Doc. # 17). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: December __7__, 2009

                                            BY THE COURT:

                                            _/s/ Christine M. Arguello_

                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge